RECEIVED
JAN 2 7 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIAN AUTHEMENT, JR.,<br>Plaintiff | CIVIL ACTION NO. 1:16-CV-00151 |
| VERSUS | CHIEF JUDGE DRELL |
| MEAGAN WILKINSON, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants Motions to Dismiss (Docs. 25, 44) are DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of January, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT