RECEIVED
AUG 14 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIAN AUTHEMENT, JR., Plaintiff | CIVIL ACTION NO. 1:16-CV-00151; SEC. P |
| VERSUS | CHIEF JUDGE DRELL |
| MEAGAN WILKINSON, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant Steven McNeely's Motion to Dismiss (Doc. 70) is DENIED.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this ___ day of August, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT