RECEIVED
JAN 22 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRIAN AUTHEMENT, JR., Plaintiff | CIVIL ACTION NO. 1:16-CV-00151 |
| VERSUS | JUDGE DRELL |
| MEAGAN WILKINSON, *ET AL.*, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. 98) is GRANTED as to Authement's § 1983 claims and Authement's negligence claim.

IT IS FURTHER ORDERED that Authement's § 1983 claims against Defendants are DISMISSED WITH PREJUDICE, and that Authement's negligence claim IS DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22nd day of January, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT